UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | No. 24-08277 | |
| Willie D Dotson ) | Judge Timothy A. Barnes | |
| ) | | |
| Debtor(s). ) | Chapter 7 | |

## NOTICE OF MOTION

To:  SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **June 26, 2024** at **9:00 AM**, I will appear before the Honorable Timothy A. Barnes or any judge sitting in that judge's place, either in **Courtroom 744** of the **Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604**, **or** electronically as described below, and present the motion of Debtor to Extend Time to File Required Schedules, Declarations, Plan and Other required Documents, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/join. Then enter the meeting ID 161 329 5276 and password 433658.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password.

**Meeting ID and passcode.** The meeting ID for this hearing is: **161 329 5276 and the passcode is 433658.** The meeting ID and passcode can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

/s/ Vaughn White
Vaughn White
VW LAW LLC
Attorney for Debtor(s)
1755 Park St, Suite 200
Naperville, IL  60563
312-888-0131
ARDC # 6198291

1

CERTIFICATE OF SERVICE

      I, Vaughn A. White, an attorney, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on June 17, 2024.

                                                  /s/ Vaughn White  
                                                  Vaughn White

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.    24-08277 |
| Willie D Dotson ) | |
| Debtor(s) ) | Chapter 7 |
| ) | Judge Timothy A. Barnes |

**MOTION TO EXTEND TIME TO FILE DEBTOR'S REQUIRED SCHEDULES, DECLARATIONS, STATEMENTS, PLAN AND OTHER DOCUMENTS**

NOW COME the Debtor(s),Willie D. Dotson by Attorney Vaughn A. White, and move(s) this Court to grant an extension until July 2, 2024 , to file Schedules, Declarations, Statements, and other required documents. In support of this Motion, the Debtor respectfully states and alleges as follows:

1. On June 4, 2024  Debtor filed a Chapter 7 Petition.

2. Debtor's filing was a deficient filing, which was missing Schedules, Declarations, Statements, and other documents.

3. Debtor's' Schedules, Declarations, Statements, and other documents   would, in absence of this motion be due on June 18, 2024.

4. Debtor and Debtor's Counsel need additional time to gather information and review the Schedules, Declarations, Statements, and other required documents before they can be filed.

5. Debtor, therefore, respectfully requests additional time be granted to July 2, 2024, to file Debtor's Schedules, Declarations, Statements, Plan and other documents.

WHEREFORE, Debtor prays for the following relief:

3

A. That Debtor be granted until July 2, 2024, to file Debtor's Schedules,

   Declarations, Statements, Plan and other documents; and

B. For such other and further relief as this Court deems equitable and just.

                                                            Respectfully Submitted,


                                                            */s/ Vaughn A. White*
                                                            Vaughn A. White
                                                            Attorney for Debtor


Vaughn A. White
Illinois ARDC # 6198291
VW LAW LLC
Attorney for Debtor(s)
1755 Park St., Suite 200
Naperville, IL 60563
312-888-0131
vaughn@vaughnwhite.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 24-08277<br>Northern District of Illinois<br>Eastern Division<br>Mon Jun 17 20:39:45 CDT 2024 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Americash Loans LLC<br>BO Box 1728<br>Des Plaines, IL 60017 |
| Amex<br>American Express<br>PO Box 981540<br>El Paso, TX 79998-1540 | Midland Credit Mgmt<br>Attn: Bankruptcy<br>PO Box 939069<br>San Diego, CA 92193-9069 | Migdal Law Group, LLP<br>29 E Madison St Ste 1200a<br>Chicago, IL 60602-4542 |
| NCB Management Services<br>Attn: Bankruptcy 1 Allied Drive<br>Trevose, PA 19053-6945 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | The Bureaus Inc<br>Attn: Bankruptcy Attn: Bankruptcy<br>650 Dundee Rd , Ste 370<br>Northbrook, IL 60062-2757 |
| US Small Business Administration<br>409 3rd St Sw<br>Washington, DC 20416-0011 | Verizon Wireless<br>500 Technology Dr 599<br>Saint Charles, MO 63304-2225 | Gregg Szilagyi<br>209 S LASALLE ST<br>Suite 950<br>Chicago, IL 60604-1459 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Vaughn A White<br>Vw Law LLC<br>1755 Park St<br>Suite 200<br>Naperville, IL 60563-8404 | Willie D Dotson<br>5020 W Division St<br>Chicago, IL 60651-3017 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy 120 Corporate Boulevard<br>Norfolk, VA 23502 | End of Label Matrix<br>Mailable recipients    14<br>Bypassed recipients     0<br>Total                  14 |