Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 24−08277
Chapter: 7
Judge: Timothy A. Barnes

In Re:
   Willie D Dotson
   5020 W Division St
   Chicago, IL 60651−3017

Social Security No.:
   xxx−xx−4095

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held in:

Courtroom 744, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom

on September 4, 2024 at 09:00 AM

TO CONSIDER AND ACT UPON the following: Court's Motion to Dismiss for failure to pay filing fee. The amount owed is $338.00. Submit payment in the form of cash or money order payable to the U.S.B.C.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1−669−254−5252 or 1−646−828−7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 161 329 5276 and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's web site: https://www.ilnb.uscourts.gov.

   **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

For the Court,

Dated: August 9, 2024                  Jeffrey P. Allsteadt , Clerk
                                                United States Bankruptcy Court